Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

G&G CLOSED CIRCUIT EVENTS, LLC )
              )
       Plaintiff,     vs.      )    Case No.: 2:10-CV-02454-WDK-JC
              )
ARSHAVIR MERTKHANYAN,  et al,  )    **RENEWAL OF JUDGMENT**
              )    **BY CLERK**
       Defendant,     )
              )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, G&G Closed Circuit Events, LLC, and against Defendant Arshavir Mertkhanyan, an individual and d/b/a Sunset Bar & Grill, entered on July 26, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal *(add a and b)*** | **$** | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 2,180.00 |
| f. | Interest after judgment(.18%) | $ | 38.93 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** | **$** | **2,218.93** |

Dated: __June 29, 2021__           CLERK, by *Sharon Hall Brown*
                                   _____
                                   Deputy

                                   Kiry A. Gray,
                                   Clerk of U.S. District Court

Renewal of Judgment